UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:08-MJ-2038 |
| V. | ) | (GUYTON) |
| | ) | |
| GUSTAVO GUZMAN VASQUEZ | ) | |

## ORDER

There is reason to believe that the defendant, GUSTAVO GUZMAN VASQUEZ, is a citizen of The Republic of Mexico. Under the international treaty obligations of the United States, the United States is required to notify the appropriate consular officials of the defendant's arrest and detention. The United States Attorney is directed to notify the appropriate consular officials of the defendant's arrest and detention.

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE